IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00521-REB-BNB

LARRY L. HACKETT, and
LINDA S. HACKETT,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Stipulated Motion to Modify Scheduling Order** [docket no. 22, filed August 24, 2006] (the "Motion").

      IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE subject to a renewed motion which addresses all remaining scheduling order deadlines, specifically the dispositive motion deadline.

DATED:  August 25, 2006