IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00521-REB-BNB

LARRY L. HACKETT, and
LINDA S. HACKETT,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Renewed Joint Stipulated Motion to Modify Scheduling Order** [docket no. 27, filed August 30, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
> The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 2, 2006**;

> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 1, 2006**;

| | |
|---|---|
| Fact Discovery Cut-off: | **December 6, 2006**; |
| Expert Discovery Cut-off: | **December 21, 2006**; |
| Dispositive Motions Deadline: | **January 15, 2007**. |

IT IS FURTHER ORDERED that the Pretrial Conference set for February 5, 2007, is **vacated and reset to March 19, 2006, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **March 12, 2007**. Please remember that anyone seeking entry into the Alfred A. Arraj

United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  August 31, 2006