IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00521-REB-BNB

LARRY L. HACKETT, and
LINDA S. HACKETT,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Joint Stipulated Motion to Extend Discovery Cutoff** [docket no. 40, filed November 3, 2006] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **January 15, 2007**.

DATED:  November 3, 2006