IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-00521-REB-BNB | Date: November 20, 2006 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| LARRY L. HACKETT,<br>an individual<br>and LINDA S. HACKETT,<br>an individual<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | Henry Sand<br><br><br><br><br><br><br><br><br>Terence Ridley |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    3:38 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Allstate's motion to amend and consolidate answers by defendant (10/19/06 #34) is GRANTED as stated on the record.**

Court in Recess    3:54 p.m.    Hearing concluded.

Total time in court:    00:16