IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00521-REB-BNB

LARRY L. HACKETT, and
LINDA S. HACKETT,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.

_____

**ORDER**

_____

This matter is before me on **Allstate's Motion to Amend and Consolidate Answers**

[Doc. # 34, filed 10/19/2006] (the "Motion").  I held a hearing on the Motion this afternoon and

made rulings on the record, which are incorporated here.  In summary and for the reasons stated

on the record:

IT IS ORDERED that the Motion is GRANTED.  The Clerk of the Court is directed to

accept for filing the *Amended Answer and Jury Demand* [Doc. # 34-3].

Dated November 20, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge